AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walter, Donald E | U.S. Dist Ct; Western Dist LA | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge-Senior | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 300 Fannin Street, Suite 4200 <br> Shreveport, Louisiana 71101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Power of Attorney | Father (terminated at death - October 26, 2006) |
| 2. Director | Air Serve, an NGO humanitarian organization |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. NONE | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 15 A 9: 35 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. NONE | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. NONE | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Air Serve Board | Travel, food and lodging for activities of Board of Directors, Warrenton, Virginia - March 23 to March 25 and November 9 to November 12 |
| 2. | FJC | Educational seminar located in Arlington, Virginia - May 2 to May 5 |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | NONE | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | NONE | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | A | Rent | N | W | | | | | |
| 2. Jefferson Davis Bank & Trust Account | B | Interest | K | T | | | | | |
| 3. See attached description | D | Royalty | K | V | | | | | |
| 4. Jefferson Davis Bank Common Stock | E | Dividend | N | T | | | | | |
| 5. See attached description | D | Rent | M | W | | | | | |
| 6. Pierremont Oaks Tennis Club | | None | J | T | | | | | |
| 7. Left intentionally blank | | | | | | | | | |
| 8. Left intentionally blank | | | | | | | | | |
| 9. Left intentionally blank | | | | | | | | | |
| 10. Left intentionally blank | | | | | | | | | |
| 11. Left intentionally blank | | | | | | | | | |
| 12. Jefferson Davis Bank & Trust Common Stock | E | Dividend | N | T | | | | | |
| 13. Left intentionally blank | | | | | | | | | |
| 14. Other assets | | | | | | | | | |
| 15. Left intentionally blank | | | | | | | | | |
| 16. Merrill Lynch CMA Money Funds | | | | | Transfers throughout year to ML Bank Deposit Program | | J | | |
| 17. See attached description | E | Royalty | M | V | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. See attached description | C | Royalty | J | V | | | | | |
| 19. Coastal Club Common Stock | | None | L | T | | | | | |
| 20. Merrill Lynch Global Smallcap Fnd Cl A & B | C | Dividend | | | Renamed Blackrock Global Smallcap Fund Cl A & B - see #48 | | | | |
| 21. Left intentionally blank | | | | | | | | | |
| 22. Note: Valuation Code V-asset value on 36mth gross prod | | | | | | | | | |
| 23. Other assets | | | | | | | | | |
| 24. Exxon Mobil Common Stock | A | Dividend | K | T | | | | | |
| 25. Left intentionally blank | | | | | | | | | |
| 26. Left intentionally blank | | | | | | | | | |
| 27. Intel Corp Common Stock | A | Dividend | J | T | | | | | |
| 28. Oracle Corp Common Stock | | None | K | T | | | | | |
| 29. Left intentionally blank | | | | | | | | | |
| 30. Bancorp South Account | A | Interest | J | T | | | | | |
| 31. Left intentionally blank | | | | | | | | | |
| 32. Verizon CommuniCo Common Stock | A | Dividend | J | T | | | | | |
| 33. Left intentionally blank | | | | | | | | | |
| 34. Pfizer Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Left intentionally blank | | | | | | | | | |
| 36. Merrill Lynch Banking | A | Interest | J | T | Transfers throughout year to ML Bank Deposit Program | | J | None | |
| 37. Left intentionally blank | | | | | | | | | |
| 38. Left intentionally blank | | | | | | | | | |
| 39. Left intentionally blank | | | | | | | | | |
| 40. Left intentionally blank | | | | | | | | | |
| 41. Left intentionally blank | | | | | | | | | |
| 42. GE Common Stock | A | Dividend | J | T | | | | | |
| 43. Left intentionally blank | | | | | | | | | |
| 44. Left intentionally blank | | | | | | | | | |
| 45. Assets covered by Power of Attorney-see Part I. Positions: | | | | | | | | | |
| 46. Jeff Davis Bank & Trust Bank Accounts | A | Interest | J | T | Death - terminated at death of father | 10-26-2006 - Power of | | | Attorney |
| 47. Left intentionally blank | | | | | | | | | |
| 48. Other Assets-Blackrock Global Smallcap Fund Cl A & B | A | Dividend | K | T | Name change from Merrill Lynch Global Smallcap Fund Cl A & B - see #20 | | | | |
| 49. IDEARC Common Stock | | None | J | T | Spinoff | 11/20 | J | None | from Verizon Communication |
| 50. Jeff Davis Bank & Trust | | None | L | T | Inherited Account Closed | 10/20 12/27 | L L | None None | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

ATTACHMENT TO FINANCIAL DISCLOSURE REPORT

OF DONALD E. WALTER

MAY 9, 2007

Part VII – Investments and Trusts

Description of #1
Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana.

Description of #3
Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.

Description of #5
An undivided interest in real estate located in Jennings, Louisiana.

Description of #17
Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.

Description of #18
Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation.

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

NONE

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___$5/9/07$_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544